## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERNON L. EALY, JR.,<br>**Plaintiff** | : | No. 3:24-CV-0126 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CHRISTOPHER SCHELL, *et al.*,<br>**Defendants** | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED THAT**:

1. Defendant Meghan Crook's unopposed motion (Doc. 80) for summary judgment under Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Crook and against plaintiff Vernon L. Ealy as to Ealy's Section 1983 Fourteenth Amendment claim of deliberate indifference to serious medical needs.

3. The Clerk of Court is further directed to CLOSE this case.

Date: 2/24/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court